## Pepoon and another *ads*. Jenkins.

RIGGS for defendants, moved to quafh the writ for want of the clerk's name to it, and *Woods* at the fame time moved for leave to amend. He contended that the writ is fuppofed to be the aɛt of the clerk, and ought not to prejudice the party; and cited 1 *Cromp*, 106. and 1. *Durn. and Eaft.* 783. *Yelv.* 64.

*Per Curiam.* It may be confidered as the omiffion of the clerk, and amendable. Let it be amended, on payment of cofts.

## The People at the relation of Thompson *vs*. The Judges of the Court of Common Pleas for Weft-Chefter.

AT a previous term, *Woods* had moved for and obtained a rule to ftay proceedings on a writ of error in this court, until the common pleas in Weft-Chefter could be moved for leave to file a plaint *nunc pro tunc*, the want of which had been the error affigned here. Application had been made to that court for fuch purpofe, and was refufed by them, on which *Woods* obtained the rule here to fhew caufe why a *mandamus* fhould not iffue to compel them to allow fuch application; and now

*Munro* fhewed caufe.